**SYLVESTER JOSEPH SCHNEIDER, Appellant, v. R. P. BONHAM, District Director of the United States Immigration and Naturalization Service, and H. E. Norwood, Officer in Charge, Appellees.**

No. 11362.

Circuit Court of Appeals, Ninth Circuit.

June 11, 1947.

Robert B. Abel, of Tacoma, Wash., for appellant.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Guy A. B. Dovell, Asst. U. S. Atty., of Tacoma, Wash., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 65 F.Supp. 377, the judgment of the District Court is affirmed.